**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RACHEL TURCO POLLY, | ) | |
| Plaintiff, | ) ) | Civil Action No. 2:23-cv-02015 |
| v. | ) ) | Hon. Nora B. Fischer |
| UPMC MAGEE-WOMENS HOSPITAL, | ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Rachel Turco Polly, and Defendant UPMC Magee-Womens Hospital, by and through their respective counsel, stipulate and agree that pursuant to Fed. R. Civ. P. 41(a)(1), the Complaint and this action are dismissed, *with prejudice*.

Respectfully submitted,                              Respectfully submitted,

**J.P. WARD & ASSOCIATES, LLC**          **DENTONS COHEN & GRIGSBY P.C.**


*Justin Bahorich*
Justin Bahorich (Oct 28, 2024 12:21 EDT)                        /s/ Jennifer S. Park

Justin M. Bahorich, Esq.                              Jennifer S. Park
jbahorich@jpward.com                                 Pa. ID 87733
Pa. ID 329207                                         jennifer.park@dentons.com
                                                      Michael W. Disotell
                                                      Pa. ID 331101
The Rubicon Building                                  michael.disotell@dentons.com
201 South Highland Avenue, Suite 201
Pittsburgh, PA 15206                                  625 Liberty Avenue
Telephone: (412) 545-3016                             Pittsburgh, PA 15222-3152
Facsimile: (412) 540-3399                             Telephone: (412) 297-4900
                                                      Facsimile: (412) 209-1975
Counsel for Plaintiff,
Rachel Turco Polly                                    Counsel for Defendant, UPMC Magee-
                                                      Womens Hospital


Dated: **N**ovember 18, 2024