# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL TURCO POLLY, | Civil Action No. 2:23-cv-02015-NBF |
| Plaintiff, | |
| | Hon. Nora B. Fischer |
| v. | |
| UPMC MAGEE-WOMENS HOSPITAL, | **Electronic Filing** |
| Defendant. | |

## ORDER

AND NOW, this 18th day of November, 2024, pursuant to the joint request of the parties, IT IS ORDERED that the Complaint and this action are hereby dismissed, *with prejudice*. Each side is to bear its own costs and attorneys' fees.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior United States District Judge